UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH RAYMOND FORGA,

         Petitioner,

v.

RONALD HAYNES,

         Respondent.

CASE NO. 3:18-cv-05079-BHS-TLF

ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR EXTENSION

This is a federal habeas action filed under 28 U.S.C. § 2254. On April 12, 2018, petitioner filed a motion for an extension of time to reply to the response brief. Dkt. 12. On April 20, 2018, petitioner filed such a reply. Dkt. 13. The Court will consider the arguments in petitioner's reply brief in ruling on the petition. Accordingly, petitioner's motion for an extension, Dkt. 12, is **DENIED** as moot. The Clerk is directed to send a copy of this Order to petitioner.

Dated this 24th day of April, 2018.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER DENYING AS MOOT
PLAINTIFF'S MOTION FOR
EXTENSION - 1